### 7697.   RAMSEY *v.* THE STATE.

BROYLES, J.  1.  The evidence authorized the verdict.

2. The alleged newly discovered evidence was merely cumulative on the theory of alibi, which was the defense upon the trial, and the court did not err in overruling this ground of the motion for new trial.

*Judgment affirmed.*

DECIDED OCTOBER 18, 1916.

Accusation of sale of liquor; from city court of Hall county— Judge Wheeler.   July 3, 1916.

*C. R. Faulkner, B. P. Gaillard Jr.,* for plaintiff in error.
*Hammond Johnson, solicitor,* contra.